UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MOHAMMED A ALY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-09-274 |
| | § | |
| CITY OF LAKE JACKSON, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Pending before the Court is Defendant City of Lake Jackson's Supplemental Motion to Dismiss and Motion for More Definite Statement. *See* Doc. # 12. Contrary to Defendant's assertion, Plaintiff's First Amended Complaint satisfies the pleading requirement of FED. R. CIV. P. 8(a) and is sufficient to state a claim under 42 U.S.C. § 1983.

In his response to Defendant's motion, Plaintiff maintains that he "asserted no claims under 42 U.S.C. § 1985 in his first amended complaint and shows that he is no longer prosecuting those claims." *See* Doc. # 17, at ¶ 3. Additionally, Plaintiff stipulates that "he is no longer asserting claims under pendent state law theories of malicious prosecution and false imprisonment." *See id.*, at ¶ 4. It is therefore

ORDERED that Defendant's Supplemental Motion to Dismiss and Motion for More Definite Statement (Doc. # 12) is denied. It is further

ORDERED that Plaintiff's state law claims of malicious prosecution and false imprisonment as well as his claims under 42 U.S.C. § 1985 are dismissed with prejudice.

SIGNED at Houston, Texas this 24th day of February, 2010.

_____

Kenneth M. Hoyt
United States District Judge